**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                                  Chapter 7

                                                                        Case No. 18-35664 (cgm)

Kelly Ann Aurre



                                        Debtor(s).
------------------------------------------------------------x


# CREDITOR LOSS MITIGATION AFFIDAVIT


I, Kara Silva, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Nassau County.

On August 14, 2018, I served a true copy of the financial packet and this *"Creditor Loss Mitigation Affidavit"*[1] upon the following parties via (first class mail, facsimile or email) at the following addresses:
Kelly Ann Aurre at 6 Pembroke Road, Washingtonville, NY 10992
Roselina Serrano, Esq., atty for Debtor at 22 South Main Street, New City, NY 10956
Lori Lapin Jones Trustee at 98 Cutter Mill Road, Suite 201N, Great Neck, NY 11021
U.S. Trustee at 74 Chapel Street, Albany, NY 12207

Pursuant to that request, the Debtor[2] must provide the following documents:

☑   A copy of the Debtor's two (2) most recent federal income tax returns;

☑   A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

☑   A copy of the Debtor's business= two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses *[for the months of]*;

☑   A copy of the mortgagee's completed financial worksheet;

---

[1] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.
[2] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

☑ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☑ Other (please specify): Financial Package

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact:

Name: _____Marlyna Trower_____

Title: _____

Phone Number: _____832-775-7484_____

Fax Number: _____

Email Address: _____Marlyna.Trower@shellpointmtg.com_____

Please be advised that the Creditor designates the following person to be its attorney for Loss Mitigation on this Loan.

Name: _____Ted Eric May, Esq.,_____

Firm: _____Sheldon May & Associates, P.C._____

Phone Number: _____516-763-3200_____

Fax Number: _____516-763-3243_____

Email Address: _____Info@maylawfirm.com_____

Dated: Rockville Centre, New York
August 14, 2018

                                                                   /S/Kara Silva_____
                                                                   By: Kara Silva